### No. 11,070.

### DORR *v.* THE PEOPLE.

Decided October 6, 1924.

Plaintiff in error was convicted of unlawful possession of intoxicating liquor.

*Affirmed.*

*On Application for Supersedeas.*

1.  APPEAL AND ERROR—*No Error.* An examination of the record' disclosing that the assigned errors are without merit, the judgment is affirmed.

*Error to the District Court of the City and County of Denver, Hon. Francis E. Bouck, Judge.*

Mr. CHARLES E. HOLCOMB, Mr. PAUL DeLANEY, for plaintiff in error.

Mr. WAYNE C. WILLIAMS, Attorney General, Mr. FRED S. CALDWELL, Assistant, for the people.

*Department Two.*

MR. JUSTICE WHITFORD delivered the opinion of the court.

THIS is an application for a supersedeas.

The plaintiff in error was convicted of the unlawful possession of intoxicating liquors.   We have examined the entire record, and after a full examination of it we are satisfied that the plaintiff in error has had a fair trial, that she has not been prejudiced in any substantial right, and that the errors assigned are without merit.

The judgment of conviction is affirmed.

MR. JUSTICE ALLEN, sitting for MR. CHIEF JUSTICE TELLER, and MR. JUSTICE DENISON concur.